No. 1188. SUNRAY OIL Co. *v.* COMMISSIONER OF INTERNAL REVENUE. May 21, 1945. Petition for writ of

certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. John M. Wheeler* and *Edward Howell* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *J. Louis Monarch* for respondent.